UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SROF-2013-S3 REMIC TRUST 1,<br><br>Plaintiff(s),<br><br>v.<br><br>PREMIER ONE HOLDINGS, INC., et al.,<br><br>Defendant(s). | Case No. 2:15-CV-1121 JCM (NJK)<br><br>ORDER |

Presently before the court is plaintiff U.S. Bank, National Association's ("U.S. Bank") motion for entry of clerk's default against defendant Premier One Holdings, Inc. ("Premier One"). (Doc. # 21).

U.S. Bank's filing does not include an actual motion for entry of clerk's default. (*See id.*) Instead, U.S. Bank filed only a proposed default form. (*See id.*) The clerk of court filed a notice of attorney action instructing U.S. Bank's counsel to file an affidavit and an appropriate request/motion for entry of default as required by Federal Rule of Civil Procedure ("Rule") 55(a). (Doc. # 22). U.S. Bank then filed a notice of corrected document with a declaration of service attached to the same proposed default form. (*See* doc. # 23). Importantly, the new filing still failed to include an actual motion or request for entry of default. (*See id.*)

On December 1, 2015, the clerk of court again entered a notice of attorney action instructing U.S. Bank to file a notice of corrected document event with an actual motion or request for the entry of default. (Doc. # 25). Since that time, U.S. Bank has not filed a motion or request compliant with Rule 55. The motion is therefore procedurally deficient and will be denied.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1 Accordingly,

2 IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff U.S. Bank, National Association's ("U.S. Bank") motion for entry of clerk's default (doc. # 21) be, and the same hereby is, DENIED.

DATED February 9, 2016.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -