**SUB**
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
sarah@morrisandmorris.vegas
BRIAN A. MORRIS, ESQ.
Nevada Bar No. 11217
brian@morrisandmorris.vegas
MORRIS & MORRIS
6085 W. Twain Ave., Suite 201
Las Vegas, Nevada 89103
Telephone: (702) 850-7798
Facsimile: (702) 850-7998
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR SROF-2013-s3 REMIC TRUST 1,<br><br>　　　　Plaintiff,<br>vs.<br><br>PREMIER ONE HOLDINGS, INC., et al.<br><br>　　　　Defendant. | Case No. 2:15-cv-01121-JCM-NJK<br><br>**MOTION TO SUBSTITUTE ATTORNEY** |

　　　　Sarah A. Morris, Esq. of MORRIS & MORRIS is hereby substituted as attorney for the Defendant, Premier One Holdings, Inc., in the above-entitled action, in place and instead of prior attorney, Sarah A. Morris, Esq., of Sande Law Group.

///

///

///

///

///

///

1

3151 Soaring Gulls #1167

Dated this 7 day of February, 2016.

_____
Premier One Holdings, Inc.

## CONSENT

As former attorney for Plaintiff, I hereby consent to the above and foregoing substitution of Sarah A. Morris, Esq. in my place and stead as attorney of record for Defendant.

Dated this 8 day of February, 2016.

_____
Sarah A. Morris, Esq.

## ACCEPTANCE

I hereby accept the above and foregoing Substitution as attorney for the Defendant, Premier One Holdings, Inc.

Dated this 8 day of February, 2016.

MORRIS & MORRIS

By: _____
Sarah A. Morris, Esq.
Nevada Bar No. 8461
Brian A. Morris, Esq.
Nevada Bar No. 11217
6085 W. Twain Ave., Suite 201
Las Vegas, NV 89103
Telephone: (702) 850-7798
Fax: (702) 850-7998
*Attorneys for Defendant*

The Substitution of attorney is hereby approved and so ORDERED.

February 12, 2016
_____
Date    United States Magistrate Judge