LAW OFFICES OF LES ZIEVE
Benjamin D. Petiprin, Esq. (NV Bar 11681)
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:   (702) 948-8565
Fax:   (702) 446-9898

Attorneys for plaintiff U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SROF-2013-S3 REMIC TRUST 1

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SROF-2013-S3 REMIC TRUST 1, a national association,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER ONE HOLDINGS, INC., a corporation, DESERT SHORES VILLAS CONDOMINIUM UNIT-OWNERS' ASSOCIATION, INC., a corporation, DESERT SHORES COMMUNITY ASSOCIATION, a corporation, NEVADA ASSOCIATION SERVICES, INC., a corporation; RYAN HAYES, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive.<br><br>Defendants. | **CASE NO.:** 2:15-CV-01121-JCM-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

///

///

///

NOTICE OF VOLUNTARY DISMISSAL - 1 -

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff U.S. Bank National Association, as Trustee for Srof-2013-S3 Remic Trust 1, hereby voluntarily dismisses without prejudice defendant RYAN HAYES from this action.

DATED: February 24, 2016  LAW OFFICES OF LES ZIEVE

By:  /s/ Benjamin D. Petiprin
     Benjamin D. Petiprin, Esq.
     Attorneys for Plaintiff
     U.S. Bank National Association, as
     Trustee for Srof-2013-S3 Remic Trust 1

IT IS SO ORDERED February 26, 2016.

_____
UNITED STATES DISTRICT JUDGE

NOTICE OF VOLUNTARY DISMISSAL - 2 -

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that I am an employee of the Law Offices of Les Zieve, and not a party to nor interested in the within matter; that on the 24th day of February, 2016, service of the **NOTICE OF VOLUNTARY DISMISSAL** was made:

( ) by serving the following parties electronically through CM/ECF as set forth below;

(X) by depositing a copy in the United States Mail postage prepaid to the parties listed below:

Sarah A. Morris
Sande Law Group
6077 S. Ft. Apache Rd. Ste. 130
Las Vegas, NV 89148
sam@sandelawgroup.com
*Attorney for Defendant Premier One Holdings, Inc.*

Ryan D Hastings
Leach Johnson Song & Gruchow
8945 W. Russell Road
Las Vegas, NV 89148
rhastings@leachjohnson.com
*Attorney for Defendant Desert Shores Community Association*

Joseph P Garin
Lipson Neilson Cole Seltzer & Garin, P.C.
9900 Covington Cross Drive
Suite 120
Las Vegas, NV 89144
NVECF@lipsonneilson.com
*Attorney for Defendant Desert Shores Villas Condominium Unit-Owners' Association, Inc.*

Nevada Association Services, Inc.
6224 W. Desert Inn Rd.
Las Vegas, NV 89146
*Defendant*

Ryan Hayes
11000 S EASTERN AVE,
HENDERSON, NV 89052-2957
*Defendant*

        /s/ Jenny Humphrey
        Jenny Humphrey, an employee of
        Law Offices of Les Zieve

CERTIFICATE OF MAILING - 1 -