CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, NV 89146
Telephone:     (702) 804-8885
Facsimile:      (702) 804-8887
Email: brandon@nas-inc.com

*Attorney for Defendant Nevada Association Services, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SROF-2013-S3 REMIC TRUST 1, a national association,<br><br>                    Plaintiff,<br><br>vs.<br><br>PREMIER ONE HOLDINGS, INC., a corporation, DESERT SHORES VILLAS CONDOMINIUM UNIT-OWNERS' ASSOCIATION, INC., a corporation, DESERT SHORES COMMUNITY ASSOCIATION, a corporation, NEVADA ASSOCIATION SERVICES, INC., a corporation; RYAN HAYS, an individual; DOES I through 10, inclusive, and ROES I through 10, inclusive,<br><br>                    Defendants. | CASE NO.: 2:15-cv-01121-JCM-NJK<br><br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE DEFENDANT NEVADA ASSOCIATION SERVICES, INC.** |

Defendant NEVADA ASSOCIATION SERVICES, INC. (hereinafter "NAS"), by and through its attorney of record Christopher V. Yergensen, Esq. and Plaintiff U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SROF-2013-S3 REMIC TRUST 1 (hereinafter "Plaintiff"), by and through its attorneys of record Benjamin D. Petiprin, Esq., of the Law Offices of Les Zieve, hereby stipulate and agree as follows:

In the following Stipulation the term "collection file" includes any and all communications, documents, and/or documented payments related to the property commonly known as 3151 Soaring

Gulls Drive, #1167, Las Vegas, Nevada 89128 (hereinafter the "Subject Property") and NAS' actions to enforce the Homeowners Association's lien(s) related to such property.  Communications which enjoy attorney-client privilege and which would not normally be discoverable under NRCP 26(b)(1) may be excluded from the produced file.

IT IS HEREBY STIPULATED AND AGREED that Defendant NAS does not claim an ownership interest in the Subject Property adverse to Plaintiff and no dispute exists between Plaintiff and Defendant NAS relating to any rights to or ownership of the Subject Property.

IT IS FURTHER STIPULATED AND AGREED that Defendant NAS is hereby dismissed WITHOUT PREJUDICE.

IT IS FURTHER STIPULATED AND AGREED that Defendant NAS will provide to counsel Plaintiff, within thirty (30) days of entry of this Order, each of the following:

1.      NAS' collection file with respect to the Subject Property along with a Custodian of Record Declaration;

2.      Upon request, a NRCP 30(b)(6) designee as to the contents of NAS' collection file and a designee as to NAS' policies and procedures related to the collection process during the relevant time period, shall be made available to counsel for Plaintiff for deposition and provide witness testimony at trial if necessary.

IT IS SO STIPULATED AND AGREED.

Dated this 15th day of March, 2016.          Dated this 16th day of March, 2016.

LAW OFFICES OF LES ZIEVE                    NEVADA ASSOCIATION SERVICES, INC.


/s/Benjamin D. Petiprin                          /s/Christopher V. Yergensen
Benjamin D. Petiprin, Esq.                       Christopher V. Yergensen, Esq.
Nevada Bar No. 11681                             Nevada Bar No. 6183
3753 Howard Hughes Parkway, Suite 200            6224 W. Desert Inn Road
Las Vegas, NV 89169                              Las Vegas, NV 89146
*Attorneys for U.S. Bank National Association*   *Attorney for Nevada Association Services, Inc.*

/ / /

/ / /

/ / /

STIPULATION AND ORDER

ORDER

Based upon the foregoing Stipulation by and between the parties, and good cause appearing, IT IS HEREBY ORDERED that the case is dismissed as to Defendant NAS, WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that within thirty (30) days of entry of this Order, NAS will provide to counsel for Plaintiff NAS' collection file, accompanied by a Custodian or Records Declaration with respect to the Subject Property.

IT IS FURTHER ORDERED that each side shall bear their own fees and costs.

DATED March 18, 2016.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:
NEVADA ASSOCIATION SERVICES, INC.


/s/Christopher V. Yergensen
Christopher V. Yergensen, Esq.
Nevada Bar 6183
6224 W. Desert Inn Road
Las Vegas, NV 89146
*Attorney for Nevada Association Services, Inc.*

STIPULATION AND ORDER