UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SROF-2013-S3 REMIC TRUST 1,<br><br>Plaintiff(s),<br><br>v.<br><br>PREMIER ONE HOLDINGS, INC., et al.,<br><br>Defendant(s). | Case No. 2:15-CV-1121 JCM (NJK)<br><br>ORDER |
|---|---|

Presently before the court is defendant Desert Shores Community Association's motion to dismiss. (ECF No. 14). Also before the court are defendant Desert Shores Villas Condominium Unit-Owners' Association, Inc.'s motion to dismiss or, alternatively, motion for summary judgment (ECF No. 24); defendant Premier One Holdings, Inc.'s motion to dismiss for lack of jurisdiction (ECF No. 28); defendant Premier One Holdings, Inc.'s motion for summary judgment (ECF No. 55); and plaintiff U.S. Bank, National Association's ("U.S. Bank") motion for summary judgment. (ECF No. 59). Finally, also before the court is a stipulation between U.S. Bank and defendant Desert Shores Community Association. (ECF No. 56).[1]

U.S. Bank's complaint seeks to invalidate Desert Shores Community Association's foreclosure sale of a property, which purportedly extinguished U.S. Banks's beneficial interest in a mortgage loan with an outstanding balance of approximately $82,000.00. U.S. Bank's complaint

---

[1] The stipulation was filed in the wrong format. (*See* ECF No. 57). The parties later refiled the stipulation in the proper format, (*see* ECF No. 58) and the court granted the stipulation. (*See* ECF No. 76). The original stipulation is thus moot and is denied.

**James C. Mahan**
**U.S. District Judge**

alleges, amongst other things, that Nevada Revised Statute 116.3116 is unconstitutional. (ECF No. 1 at 5–6).

A party who files a pleading, written motion, or other paper drawing into question the constitutionality of a state statute must promptly "file a notice of constitutional question stating the question and identifying the paper that raises it, if . . . the parties do not include the state, one of its agencies, or one of its officers or employees in an official capacity . . . ." FED. R. CIV. P. 5.1(a)(1)(B). Additionally, FRCP 5.1 requires the court to "certify to the appropriate attorney general that a statute has been questioned" under 28 U.S.C. § 2403. FED. R. CIV. P. 5.1(b). Section 2403 states that the court "shall permit the [s]tate to intervene for presentation of evidence, if evidence is otherwise admissible in the case, and for argument on the question of constitutionality." 28 U.S.C. § 2403(b).

Here, no notice has been provided to the attorney general of Nevada, and the court has not certified the question to the attorney general. In light of the foregoing rule and statute, the court will deny defendants' motion without prejudice to allow: (1) U.S. Bank to file a notice of constitutional question, (2) the court to comply, and (3) the attorney general to intervene. The parties may renew their motions after the attorney general has been afforded time to respond.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Desert Shores Community Association's motion to dismiss (ECF No. 14) be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that defendant Desert Shores Villas Condominium Unit-Owners' Association, Inc.'s motion to dismiss or, alternatively, motion for summary judgment (ECF No. 24) be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that defendant Premier One Holdings, Inc.'s motion to dismiss for lack of jurisdiction (ECF No. 28) be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that defendant Premier One Holdings, Inc.'s motion for summary judgment (ECF No. 55) be, and the same hereby is, DENIED without prejudice.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that plaintiff U.S. Bank, National Association's motion for summary judgment. (ECF No. 59) be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that plaintiff U.S. Bank, North America and defendant Desert Shores Community Associations' stipulation for dismissal (ECF No. 56) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that U.S. Bank, North America shall promptly file a notice of constitutional question, pursuant to Federal Rule of Civil Procedure 5.1(a)(1)(B).

IT IS FURTHER ORDERED that this court certifies to the Nevada attorney general that it may rule on the constitutionality of the state statute at issue in this case, NRS 116.3116. The attorney general shall have thirty (30) days within which to intervene on behalf of the state of Nevada for presentation of argument on the question of the constitutionality of the statute.

IT IS FURTHER ORDERED that the clerk of court shall send a copy of this order by certified mail to the Nevada attorney general.

DATED July 25, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**