**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SROF-2013-s3 REMIC TRUST 1,<br><br>   Plaintiff,<br><br>vs.<br><br>PREMIER ONE HOLDINGS, INC., et al.,<br><br>   Defendants. | Case No. 2:15-cv-01121-JCM-NJK<br><br>ORDER<br><br>(Docket No. 84) |

Pending before the Court is Defendant Premier One Holdings' motion to stay the case. A response to this motion must be filed no later than September 12, 2016. Any reply must be filed no later than September 14, 2016.

IT IS SO ORDERED.

Dated: September 7, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge