1

2

3

4

5

6                              **UNITED STATES DISTRICT COURT**

7                                     **DISTRICT OF NEVADA**

8

9    U.S. BANK, NATIONAL ASSOCIATION,          )
                                                )        Case No. 2:15-cv-01121-JCM-NJK
10                      Plaintiff(s),           )
                                                )        ORDER
11   vs.                                        )
                                                )
12   PREMIER ONE HOLDINGS, INC., et al.,        )
                                                )
13                      Defendant(s).           )
                                                )
14

15          Currently pending before the Court is Defendant Premier One Holdings, Inc.'s motion to

16   stay.  Docket No. 84.  Plaintiff filed a response in opposition.  Docket No. 86.  As Plaintiff's

17   response points out, Defendant cites an incorrect legal standard and provides only cursory

18   analysis.  *See* Docket Nos. 84, 86.

19          Accordingly, the Court hereby **DENIES** Defendant's motion, Docket No. 84, without

20   prejudice.  Defendant shall file a renewed motion that cites the correct legal standard and

21   meaningfully analyzes the issues no later than September 23, 2016.  A response to the renewed

22   motion must be filed no later than September 27, 2016.  Any reply must be filed no later than

23   September 28, 2016.

24          IT IS SO ORDERED.

25          Dated: September 16, 2016

26                                                      _____
                                                        NANCY J. KOPPE
27                                                      United States Magistrate Judge

28