1
2
3
4
5

**WRIGHT, FINLAY & ZAK, LLP**
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964 - Fax (702) 946-1345
mkelley@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, N.A., as Trustee for SROF-2013-S3 REMIC Trust 1*

6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8
9
10

U.S. BANK NATIONAL ASSOC., AS TRUSTEE
FOR SROF-2013-S3 REMIC TRUST 1, a national
association,

                                        Plaintiff,

            vs.

Case No.:   2:15-CV-01121-JCM-NJK

**MOTION TO SUBSTITUTE**
**ATTORNEY**

11
12
13
14
15
16
17

PREMIER ONE HOLDINGS, INC., a corp.
DESERT SHORES VILLAS CONDOMINIUM
UNIT-OWNERS' ASSOC., INC., corp., DESERT
SHORES COMMUNITY ASSOC., a corp.,
NEVADA ASSOC. SERVICES, INC., a corp.;
RYAN HAYES, an individual; DOES 1 through
10, inclusive, and ROES 1 through 10, inclusive,

                                        Defendants.

18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

**MOTION TO SUBSTITUTE ATTORNEY**

Plaintiff, U.S. Bank, N.A., as Trustee for SROF-2013-S3 REMIC Trust 1 ("U.S. Bank"), by and through its attorneys of record of the law firm of Wright, Finlay & Zak, LLP, hereby give notice that Jamie S. Hendrickson, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP. Wright, Finlay & Zak, LLP, will continue to represent U.S. Bank and requests that Michael S. Kelley, Esq., receive all future notices.

DATED this 9th day of October, 2018.

WRIGHT, FINLAY & ZAK, LLP

/s/ Michael S. Kelley

Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, U.S. Bank, N.A., as Trustee for SROF-2013-S3 REMIC Trust 1*

IT IS SO ORDERED.
Dated: October 10, 2018

.
.
_____
Nancy J. Koppe
United States Magistrate Judge