**WRIGHT, FINLAY & ZAK, LLP**
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964 - Fax (702) 946-1345
mkelley@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, N.A., as Trustee for SROF-2013-S3 REMIC Trust 1*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOC., AS TRUSTEE FOR SROF-2013-S3 REMIC TRUST 1, a national association,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER ONE HOLDINGS, INC., a corp. DESERT SHORES VILLAS CONDOMINIUM UNIT-OWNERS' ASSOC., INC., corp., DESERT SHORES COMMUNITY ASSOC., a corp., NEVADA ASSOC. SERVICES, INC., a corp.; RYAN HAYES, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:15-CV-01121-JCM-NJK<br><br>**AMENDED JUDGMENT** |

The Court, having previously granted the Plaintiff's Motion for Summary Judgment [ECF No. 97] in its entirety [ECF No. 112], and having denied the Motion for Summary Judgment filed by Defendant Premier One Holdings, Inc. [ECF No. 99], and good cause appearing,

ORDERED, Plaintiff U.S. Bank, N.A., as Trustee for SROF-2013-S3 REMIC TRUST 1 is awarded judgment on its complaint for quiet title in accordance with the Order granting Summary Judgment [ECF No. 112].

ORDERED, Plaintiff is awarded decree of quiet title as to the real property commonly known as 3151 Soaring Gulls Drive, #1167, Las Vegas, Nevada 89128; APN: 138-16-120-007, as more particularly set forth on Exhibit A hereto ("Property"). The deed of trust recorded in Book 20080521 as Instrument No. 0003133 is hereby declared to encumber the title to the

Property notwithstanding the foreclosure sale conducted by Nevada Association Services on June 3, 2014 and the foreclosure deed recorded June 26, 2014 [ECF No. 1 at 41].

ORDERED, Defendant Premier One Holdings, Inc. holds title to the Property from and after June 25, 2014 subject to the deed of trust assigned to the Plaintiff.

There being no further matters for resolution in this case, the foregoing shall constitute the final Judgment of the Court.

DATED February 26, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

WRIGHT, FINLAY & ZAK, LLP

/s/ Michael S. Kelley, Esq.
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, U.S. BANK NATIONAL ASSOC., AS TRUSTEE FOR SROF-2013-S3 REMIC TRUST 1*

EXHIBIT "A"

**PARCEL ONE (1) - UNIT:**

LIVING UNIT 1167 IN BUILDING 1, AS SHOWN ON THE FINAL MAP OF **BROADSTONE AT DESERT SHORES,** A CONDOMINIUM SUBDIVISION ON FILE IN BOOK 127 OF PLATS, PAGE 42, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA (HEREINAFTER THE "PLAT").

**PARCEL TWO (2) - COMMON ELEMENTS:**

AN UNDIVIDED 1/424TH INTEREST AS TENANT IN COMMON IN THE COMMON ELEMENTS AS SHOWN ON THE PLAT, IN ACCORDANCE WITH AND SUBJECT TO THE TERMS OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR **DESERT SHORES VILLAS CONDOMINIUMS** RECORDED OCTOBER 20, 2005, IN BOOK 20051020 AS DOCUMENT NO. 04624 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA (HEREINAFTER THE "DECLARATION").

EXCEPTING THEREFROM ALL UNITS AS SHOWN ON THE PLAT.

RESERVING THEREFROM, THE RIGHT TO USE ANY OF THE AREAS DESIGNATED AS LIMITED COMMON ELEMENTS IN THE PLAT AND/OR THE DECLARATION.

FURTHER RESERVING THEREFROM FOR THE BENEFIT OF OWNERS OF ALL UNITS SHOWN ON THE PLAT (EXCEPT THE UNIT REFERRED TO IN PARCEL ONE (1) ABOVE), NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE AND ENJOYMENT OF, IN AND TO THE COMMON ELEMENTS, AS DEFINED IN AND SUBJECT TO THE DECLARATION.

**PARCEL THREE (3) - LIMITED COMMON ELEMENTS:**

THE EXCLUSIVE RIGHT TO USE, POSSESS AND OCCUPY THE AREAS DESIGNATED AS LIMITED COMMON ELEMENTS DEFINED AND DESCRIBED AS LIMITED COMMON ELEMENTS, ALLOCATED TO PARCELS ONE (1) AND TWO (2) IN THE DECLARATION.

**PARCEL FOUR (4) - APPURTENANT EASEMENTS:**

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE, ENJOYMENT AND OTHER PURPOSES ON, OVER AND ACROSS THE COMMON ELEMENTS AS DEFINED IN AND SUBJECT TO THE DECLARATION, WHICH EASEMENT IS APPURTENANT TO PARCELS ONE (1), TWO (2) AND THREE (3) DESCRIBED ABOVE.